IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WCD LLC | § | CASE NO. 17-36817 |
| | § | (CHAPTER 11) |
| DEBTOR | § | |

MOTION TO APPEAR BY TELEPHONE

COMES NOW PENDLETON CAPITAL GROUP, INC. ("Pendleton"), a secured creditor and party in interest in the above-referenced proceeding and hereby requests that its counsel, the undersigned, Mr. Joe Sibley, be permitted to appear by telephone at the hearing on this matter set for August 1, 2018 at 2:00 p.m.

Mr. Sibley has a hearing in the U.S. District Court for the Northern District of Texas set at 1 p.m. in Dallas, Texas for that same day. Because Mr. Sibley will ask that court for a brief adjournment to call in to the hearing in this matter, Mr. Sibley will have to use his cell phone. Mr. Sibley does not need to participate in the entirety of the hearing by phone, but would like to briefly explain his client's position to the Court regarding the potential conversion to Chapter 7.

For these reasons, Pendleton respectfully requests this this Court allow its counsel to appear briefly at the August 1, 2018 hearing via cell phone.

Respectfully submitted,

CAMARA & SIBLEY L.L.P.

_____/s/ Joe Sibley_

Joe Sibley
State Bar No. 24047203
4400 Post Oak Blvd

Suite 2700<br>
Houston, Texas 77027<br>
Telephone:  (713) 966-6789<br>
Fax:  (713) 583-1131<br>
Email:  sibley@camarasibley.com

*Attorneys for Pendleton*

## CERTIFICATE OF SERVICE

    This is to certify that on this the 30th day of July, 2018, a true and correct copy of the above and foregoing Notice of Hearing was properly forwarded to all counsel of record in accordance with the Federal Rules of Bankruptcy Procedure via ECF.

/s/ Joe Sibley<br>
Joe Sibley